UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | Civil Action No. 5: 21-103-DCR |
| Plaintiff, | ) ) ) | |
| V. | ) ) | |
| CENTRAL KENTUCKY LODGING, INC., et al., | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The Court declines to exercise jurisdiction over the claims asserted by Plaintiff Cincinnati Specialty Underwriters Insurance Company.

2. This action is **DISMISSED**, without prejudice, and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 4, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky